In the Matter of DENNIS P. FLOOD, Respondent, v LAWRENCE SCHOPFER et al., Respondents, and ERIN MALLOY, Respondent. SUSAN BRENNER-MORTON, Intervenor-Appellant. (And Another Related Proceeding.)

Submitted August 29, 2005; decided October 20, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

BRUNILDA GUZMAN, Appellant, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.

Submitted August 8, 2005; decided October 20, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

HOFFEND & SONS, INC., Appellant, v ROSE & KIERNAN, INC., et al., Respondents.

Submitted July 25, 2005; decided October 20, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the complaint, granted; motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution.